IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02613-GPG

ESCOBAR-HERNANDEZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
DAVID ALLRED, Clinical Director,
LISA McDERMITT, Health Services Administrator,
UTILIZATION REVIEW COMMITTEE,
THOMPSON, PA,
NEHLS, Health Services, and
JOHN DOE, Officer #1,

    Defendants.

## ORDER DRAWING CASE

    After review pursuant to D.C.COLO.CivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge, D.C.COLO.LCivR 40.1(a).  Accordingly, it is

    ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate**  judge.

    DATED January 12, 2015, at Denver, Colorado.

                                                          BY THE COURT:

                                                          S/ Gordon P. Gallagher

                                                          United States Magistrate Judge