IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02613-MJW

ESCOBAR-HERNANDEZ,

Plaintiff,

v.

UNITED STATES OF AMERICA, *Etalibi*,
DAVID ALLREAD, *Clinical Director*,
LISA MCDERMITT, *Health Services Administrator*,
UTILIZATION REVIEW COMMITTEE,
THOMPSON, *PA*,
NEHLS, *Helth Services*,
JOHN DOE, *Officer #1*,

Defendants.

_____

MINUTE ORDER

_____

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED:

• The United States' <u>Amended</u> Motion to Vacate Scheduling Conference (**Docket No. 26**) is **GRANTED**;

• The Scheduling Conference set for March 5, 2015 at 9:00 a.m. is VACATED;

• A Status Conference is SET for March 5, 2015 at 9:00 a.m.;

• The United States' Motion to Vacate Scheduling Conference (**Docket No. 24**) is **DENIED AS MOOT**; and

• The deadline for the parties to file the Pilot Program consent form, accepting or declining magistrate jurisdiction under 28 U.S.C. Sec. 636(c) is extended to March 19, 2015.

Date: February 12, 2015