IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02613-MJW

ESCOBAR-HERNANDEZ,

Plaintiff,

v.

UNITED STATES OF AMERICA, *Etalibi*,
DAVID ALLREAD, *Clinical Director*,
LISA MCDERMITT, *Health Services Administrator*,
UTILIZATION REVIEW COMMITTEE,
THOMPSON, *PA*,
NEHLS, *Helth Services*,
JOHN DOE, *Officer #1*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED:

- The United States' Motion for Permission to File Motion to Dismiss Out of Time (**Docket No. 36**) is **GRANTED** for good cause and excusable neglect shown;

- Defendants Allred, McDermitt, Thompson, and Nehl's Motion for Extension of Time to Answer or Respond (**Docket No. 38**) is **GRANTED** for good cause;

- The United States' Motion to Dismiss (Docket No. 37) is accepted for filing and will be considered by the Court; and

- Defendants Allred, McDermitt, Thompson, and Nehl shall file an answer or other response to the Amended Complaint on or before April 13, 2015.

Date: April 7, 2015