IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02613-MJW

ESCOBAR-HERNANDEZ,

Plaintiff,

v.

UNITED STATES OF AMERICA, *Etalibi*,
DAVID ALLREAD, *Clinical Director*,
LISA MCDERMITT, *Health Services Administrator*,
UTILIZATION REVIEW COMMITTEE,
THOMPSON, *PA*,
NEHLS, *Helth Services*,
JOHN DOE, *Officer #1*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiff's motion to have the Clerk of Court serve defendants Utilization Resource Committee and John Doe (Docket No. 31) is DENIED. If Plaintiff wishes to have the U.S. Marshal serve said Defendants, Plaintiff will need to provide true names and addresses for them.

Date: April 8, 2015