IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02613-MJW

ESCOBAR-HERNANDEZ,

Plaintiff,

v.

UNITED STATES OF AMERICA, *Etalibi*,
DAVID ALLRED, *Clinical Director*,
LISA MCDERMITT, *Health Services Administrator*,
UTILIZATION REVIEW COMMITTEE,
THOMPSON, *PA*,
NEHLS, *Helth Services*,
JOHN DOE, *Officer #1*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

On May 21, 2015, the Court received and docketed a letter from Plaintiff asking that the Clerk of Court effectuate service of process on David Allred, Lisa McDermott, Brad Cink, Theresa Nehls, and Brandy Hawkins. (Docket No. 53.) Viewing this document as a motion for service through the U.S. Marshal Service, the Court DENIES the motion for the following reasons.

- The first four of these individuals are already Defendants who have waived service and entered appearances in this case. (Docket Nos. 22, 29, 43.) Thus, there is no need to serve them again.

- The fifth individual, Brandy Hawkins, appears to be a stranger to this lawsuit, at least for the time being. In order to add Ms. Hawkins as a Defendant, Plaintiff must file an amended complaint listing her as a Defendant—then, after Ms. Hawkins is added to the case, the Clerk of Court can work with the Marshal's Service to effect service.

Date: May 21, 2015