IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02613-MJW

ESCOBAR-HERNANDEZ,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendant's Motion to Vacate Final Trial Preparation Conference Set for March 28, 2016 at 9:00 a.m. is GRANTED; and

- The Final Trial Preparation Conference Set for March 28, 2016 at 9:00 a.m. is VACATED.

Date: March 16, 2016